FILED

APR 10 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

Alberto Munoz  Reg# 67821-380
Federal Correctional Institution
F.C.I. Herlong
P.O. Box 800
Herlong, CA 96113

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MUNOZ, § <br> PETITIONER, § <br> § <br> V. § <br> § <br> WARDEN, F.C.I. HERLONG, § <br> RESPONDENT. § <br> § <br> § <br> § | CASE NO. 2:23 CV0670-EFB(HC) <br><br> MOTION PURSUANT TO U.S.C. § 2241 <br> SEEKING APPLICATION OF EARNED <br> FEDERAL TIME CREDITS THROUGH THE <br> FIRST STEP ACT (F.S.A.) |

COMES, __Alberto Munoz__, PETITIONER, who is a federal inmate serving a sentence at F.C.I. Herlong in the State of California. He moves this court to grant this writ, and ORDER the Bureau of Prisons (BOP) to apply the earned FSA time credits that he has earned through various programs, in accordance with the Act.

This Court, having familiarity with Motions of this nature, should read the filing, examine the attached supporting evidence, and swiftly order the BOP to apply the earned time credits.

I. ARGUMENT

Since the passage of the First Step Act, there has been serious deficiencies in the application of the 'earned time credits' to federal inmates, especially ones with possible imigration issues.

The BOP has waffled, and has changed the prgrom statement to allow all persons that do **not** have a "FINAL ORDER" of deportation to have earned credits applied, however, the BOP system is not making the sentence adjustments uniformly, and many people are having to

1.

file writs in federal courts under 28 U.S.C. § 2241, seeking the credits to be ORDERED by courts. It is under this pressure, that the BOP seems responsive. Accordingly, this petitioner is asking for the same relief that is due.

Here, the petitioner has a PATTERN SCORE of **2 points**, and is further classified as a __Minimum__ risk of recidivism. Due to these classifications, he is eligible to have the credits applied.

Thus far, this petitioner has earned __365__ days towards early release, but his credits have not been applied thus far, and is asking this court to ORDER them to be properly applied according to the Act.

The petitioner has a tentative release date of: __02-05-2025__. This petitioner is **not** subject to any final order of deportation, and so until that is established by an Immigration Court, his eligibility to earn and have applied, FSA time credits is a liberty interest that must be applied universally to all persons.

The BOP's current Program Statement that details the implementation of the First Step Act of 2018 clearly shows the language stricken that was used previously to bar persons with 'possible' deportation issues, or warrants, or detainers, or pending charges. Because none of these situations effect the actual release of an inmate, because these is no RCC/HC placement for these people, the effects of earning good time or earned FSA times are uneffected by possible, or pending immigration issues. As such, these credits must be applied.

Attached is EXHIBIT "A", **FSA TIME CREDIT ASSESSMENT**, showing how many credits this petitioner has earned. Attached is EXHIBIT "B",

2.

**PROGRAM REVIEW SHEET**, showing the RISK to RE-OFFEND level and the current release date without the credits.

These exhibits demonstrate that this petitioner has earned the credits, is eligible to receive them, and has a score that commensurates with thee application of the Act.

## II. RELIEF REQUESTED

For all of the above mentioned reasons, this petitioner respectfully requests that this Court GRANT the writ, and further ORDER the BOP to apply the earned credits in accordance with the First Step Act, and to further calculate the release date to reflect the proper application of these earned time credits.

Dated this __3rd__ day of __April_____, 20__23__.


Respectfully submitted,

*Alberto Muñoz*
**ALBERTO MUNOZ**

Pro Se

EXHIBIT "B"



| | **Individualized Needs Plan - Program Review   (Inmate Copy)** | **SEQUENCE:** 02035864 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | **Team Date:** 11-06-2022 |
| | Plan is for inmate: MUNOZ, ALBERTO   67821-380 | |

| | | | |
|---|---|---|---|
| Facility: | HER  HERLONG FCI | Proj. Rel. Date: | 02-05-2025 |
| Name: | MUNOZ, ALBERTO | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 67821-380 | DNA Status: | BAS05124 / 01-06-2017 |
| Age: | 36 | | |
| Date of Birth: | 04-02-1986 | | |

*(handwritten: 7 pt. Low (-/MKN) Rescore M Mar.)*

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | ALIEN EITHER LACKS IMMIGRATION STATUS OR STATUS IS REMOVABLE UNDER U.S. IMMIGRATION LAW. A208 554 534 |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | ORD-TC-AM | ORDERLY-TAHOE C AM | 07-08-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 01-20-2017 |
| HER | GED EARNED | GED EARNED IN BOP | 02-06-2019 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HER | | DIST LA1 | 10-17-2022 | CURRENT |
| HER | | DIST THINK | 10-10-2022 | CURRENT |
| HER | | ACE BUSINESS ETIQUETTE | 10-12-2022 | CURRENT |
| HER | | ACE JOB INTERVIEWING (RPP 2) | 10-07-2022 | CURRENT |
| HER | C | DIST WRIT2 | 09-16-2022 | 09-20-2022 |
| HER | C | RESUME WRITING 101 (RPP 2) | 09-13-2022 | 09-13-2022 |
| HER | C | ACE NUTRITION & MEALS (RPP 1) | 09-01-2022 | 09-01-2022 |
| HER | C | DIST SCI1 | 09-26-2022 | 09-30-2022 |
| HER | C | DIST SCI2 | 09-27-2022 | 10-01-2022 |
| HER | C | ACE BUSINESS ETIQUETTE | 06-09-2022 | 06-09-2022 |
| HER | C | DIST WRIT1 | 05-30-2022 | 06-03-2022 |
| HER | C | DIST SS3 | 05-30-2022 | 06-03-2022 |
| HER | C | DIST MATH1 | 06-13-2022 | 06-17-2022 |
| HER | C | DIST SS1 | 06-06-2022 | 06-10-2022 |
| HER | C | DISTANCE INFO | 05-02-2022 | 05-09-2022 |
| HER | C | DIST LA2 | 05-03-2022 | 05-10-2022 |
| HER | C | DIST LA1 | 05-02-2022 | 05-09-2022 |
| HER | C | ACE INTRO TO BUDGETING (RPP 3) | 12-01-2021 | 12-01-2021 |
| HER | C | ACE JOB INTERVIEWING (RPP 2) | 12-06-2021 | 12-06-2021 |
| HER | C | ACE MANNERS FOR MEN (RPP 6) | 11-22-2021 | 11-22-2021 |
| HER | C | ACE DRESS FOR SUCCESS (RPP 6) | 11-15-2021 | 11-15-2021 |
| HER | C | CREDIT EVAL AND REPAIR (RPP 3) | 11-08-2021 | 11-08-2021 |
| REE | C | ESL LEVEL 2 PM MINI COURSE | 02-12-2021 | 03-12-2021 |
| REE | C | ESL LEVEL 1 MINI COURSE | 01-11-2021 | 02-08-2021 |
| DRJ | W | ESLPM5 1400 M-F P102 | 04-01-2019 | 08-29-2019 |
| DRJ | C | CULINARY ARTS M-F 0800 | 11-26-2018 | 02-28-2019 |
| DRJ | C | OPERATE CALCULATOR FRI900-1030 | 01-17-2019 | 02-22-2019 |
| DRJ | C | GEDSPA PREP 1030-1200 M-F P105 | 10-17-2018 | 02-06-2019 |
| DRJ | C | NON-RESIDENTAL M&TH 1300-1500 | 11-26-2018 | 01-17-2019 |
| DRJ | C | COMPLETED INEA | 11-30-2018 | 12-10-2018 |
| DRJ | C | DRUG EDUCATION 6 1300-1430 WED | 07-13-2018 | 09-19-2018 |
| DRJ | C | A&O PREA COMP.EDU.CLASS TU 10A | 04-24-2018 | 04-24-2018 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| | |



| Individualized Needs Plan - Program Review | (Inmate Copy) | SEQUENCE: 02035864 |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 11-06-2022 |
| Plan is for inmate: MUNOZ, ALBERTO  67821-380 | | |

| Hearing Date | Prohibited Acts | |
|---|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-04-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 01-17-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 05-15-2021 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-24-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-22-2021 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 05-05-2021 |
| ED COMP | DRUG EDUCATION COMPLETE | 09-18-2020 |

### FRP Payment Plan

Most Recent Payment Plan

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 09-18-2020 |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: SINGLE |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $1,907.00     Payments commensurate ?  N/A

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 05-05-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 09-15-2021 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-05-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 08-08-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-25-2021 |
| N-EDUC N | NEED - EDUCATION NO | 11-10-2021 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 05-27-2021 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-08-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 04-23-2021 |
| N-MEDICL Y | NEED - MEDICAL YES | 05-25-2021 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 05-25-2021 |
| N-WORK Y | NEED - WORK YES | 05-12-2021 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 11-04-2022 |

### Progress since last review

Inmate arrived at FCI Herlong on 04-29-2021. He has his GED and has completed other educational programs. He has maintained clear conduct since last team and has completed his financial obligations.

### Next Program Review Goals

Enroll in the ACT Work Keys class through Education by next team.
To resolve any missing or "Refuse" FSA assessments, complete any available FSA Needs Assessment questionnaires on Trulincs under "Surveys". If there are not any available assessments, please contact the appropriate department (Psychology, etc) for a paper survey instead.

### Long Term Goals



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MUNOZ, ALBERTO  67821-380

SEQUENCE: 02035864
Team Date: 11-06-2022

Complete the Money Smart for Adults class through your Counselor by 11-2023.
Complete the Health and Wellness Throughout the Lifespan class through Recreation by 11-2023.
Complete the Brain Health as you Age class through Recreation by 11-2023.
Complete the Talking with Your Doctor class through Recreation by 11-2023.
Complete the Getting To Know Your Healthy Aging Body class through Recreation by 11-2023.
Complete the Healthy Steps for Older Adults class through Recreation by 11-2023.
Complete the Arthritis Foundation Walk with Ease class through Recreation by 11-2023.
Enroll in the Vocational Trades Carpentry class or another VT class of your choice by 11-2023.
If any of these recommended classes are currently unavailable, it is recommended to enroll in any other available classes to meet your First Step Act assessed needs.

### RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments

Treaty Transfer: Eligible and not interested.
Inmate individually assessed for extended RRC placement using the 2nd Chance Act criteria, he is not appropriate for placement, due to a detainer or pending charge/warrants. Inmate individually assessed for direct home detention and found not appropriate at this time, due to security and custody concerns.

```
HERCZ                    INMATE EDUCATION DATA        *    10-24-2022
PAGE 001                      TRANSCRIPT              *    13:04:34

REGISTER NO: 67821-380      NAME..: MUNOZ                FUNC: PRT
FORMAT......: TRANSCRIPT    RSP OF: HER-HERLONG FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
HER  ESL EXEMPT ESL NEED-PERMANENTLY EXEMPT  01-20-2017 0936 CURRENT
HER  GED EARNED GED EARNED IN BOP            02-06-2019 1441 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL  DESCRIPTION                        START DATE  STOP DATE EVNT AC LV  HRS
HER       DIST LA1                           10-17-2022  CURRENT
HER       DIST THINK                         10-10-2022  CURRENT
HER       ACE BUSINESS ETIQUETTE             10-12-2022  CURRENT
HER       ACE JOB INTERVIEWING (RPP 2)       10-07-2022  CURRENT
HER       DIST WRIT2                         09-16-2022  09-20-2022  P   C  P   10
HER       RESUME WRITING 101 (RPP 2)         09-13-2022  09-13-2022  P   C  P    2
HER       ACE NUTRITION & MEALS (RPP 1)      09-01-2022  09-01-2022  P   C  P    2
HER       DIST SCI1                          09-26-2022  09-30-2022  P   C  P   10
HER       DIST SCI2                          09-27-2022  10-01-2022  P   C  P   10
HER       ACE BUSINESS ETIQUETTE             06-09-2022  06-09-2022  P   C  P    2
HER       DIST WRIT1                         05-30-2022  06-03-2022  P   C  P   10
HER       DIST SS3                           05-30-2022  06-03-2022  P   C  P   10
HER       DIST MATH1                         06-13-2022  06-17-2022  P   C  P   10
HER       DIST SS1                           06-06-2022  06-10-2022  P   C  P   10
HER       DISTANCE INFO                      05-02-2022  05-09-2022  P   C  P   10
HER       DIST LA2                           05-03-2022  05-10-2022  P   C  P   10
HER       DIST LA1                           05-02-2022  05-09-2022  P   C  P   10
HER       ACE INTRO TO BUDGETING (RPP 3)     12-01-2021  12-01-2021  P   C  P    2
HER       ACE JOB INTERVIEWING (RPP 2)       12-06-2021  12-06-2021  P   C  P    2
HER       ACE MANNERS FOR MEN (RPP 6)        11-22-2021  11-22-2021  P   C  P    2
HER       ACE DRESS FOR SUCCESS (RPP 6)      11-15-2021  11-15-2021  P   C  P    2
HER       CREDIT EVAL AND REPAIR (RPP 3)     11-08-2021  11-08-2021  P   C  P    2
REE       ESL LEVEL 2 PM MINI COURSE         02-12-2021  03-12-2021  P   C  R   40
REE       ESL LEVEL 1 MINI COURSE            01-11-2021  02-08-2021  P   C  R   40
DRJ       ESLPM5 1400 M-F P102               04-01-2019  08-29-2019  P   W  V   69
DRJ       CULINARY ARTS M-F 0800             11-26-2018  02-28-2019  P   C  M  100
DRJ       OPERATE CALCULATOR FRI900-1030     01-17-2019  02-22-2019  P   C  P   12
DRJ       GEDSPA PREP 1030-1200 M-F P105     10-17-2018  02-06-2019  P   C  P   63
DRJ       NON-RESIDENTAL M&TH 1300-1500      11-26-2018  01-17-2019  P   C  P   24
DRJ       COMPLETED INEA                     11-30-2018  12-10-2018  P   C  P   10
DRJ       DRUG EDUCATION 6 1300-1430 WED     07-13-2018  09-19-2018  P   C  P   15
DRJ       A&O PREA COMP.EDU.CLASS TU 10A     04-24-2018  04-24-2018  P   C  P    1

--------------------------- HIGH TEST SCORES ---------------------------
TEST       SUBTEST      SCORE    TEST DATE    TEST FACL    FORM        STATE
CASAS      LIST PLACE   225.0    05-18-2018   DRJ          1
           READ PLACE   192.0    05-18-2018   DRJ          1
GED        AVERAGE      588.0    02-06-2019   DRJ          PASS         GA
           LIT/ARTS     146.0    01-10-2019   DRJ          GLASP        GA
           MATH         148.0    02-06-2019   DRJ          GMASP        GA


G0002         MORE PAGES TO FOLLOW . . .
```

"EXHIBIT A"

## FSA Time Credit Assessment
Register Number:67821-380, Last Name:MUNOZ

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Register Number....: 67821-380              Responsible Facility: HER
Inmate Name                                 Assessment Date.....: 02-11-2023
   Last............: MUNOZ                  Period Start/Stop...: 12-21-2018 to 02-11-2023
   First...........: ALBERTO                Accrued Pgm Days....: 1499
   Middle..........:                        Disallowed Pgm Days.: 14
   Suffix..........:                        FTC Towards RRC/HC..: 195
Gender.............: MALE                   FTC Towards Release.: 365
Start Incarceration: 12-09-2016             Apply FTC to Release: No
```

```
Start        Stop        Pgm Status   Pgm Days
12-21-2018   02-11-2023  accrue       1499
  Cannot apply FTC
  Detainer: Yes
------------------------------------------------------------------------
Start        Stop        Pgm Status   Pgm Days
12-21-2018   08-20-2020  accrue       608
  Accrued Pgm Days...: 608
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 200
------------------------------------------------------------------------
Start        Stop        Pgm Status   Pgm Days
08-20-2020   09-03-2020  disallow     14
  In SHU
    Facility Category Assignment  Start            Stop
    REE      QTR      Z01-119UDS   08-20-2020 1730 09-02-2020 1157
------------------------------------------------------------------------
Start        Stop        Pgm Status   Pgm Days
09-03-2020   12-05-2021  accrue       458
  Accrued Pgm Days...: 458
  Carry Over Pgm Days: 8
  Time Credit Factor.: 10
  Time Credits.......: 150
------------------------------------------------------------------------
Start        Stop        Pgm Status   Pgm Days
12-05-2021   02-11-2023  accrue       433
  Accrued Pgm Days...: 433
  Carry Over Pgm Days: 16
  Time Credit Factor.: 15
  Time Credits.......: 210
------------------------------------------------------------------------
```

## FSA Time Credit Assessment

Register Number:67821-380, Last Name:MUNOZ

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| #   | Start      | Stop       | Status      | Risk Assignment | Risk Asn Start   | Factor |
|-----|------------|------------|-------------|-----------------|------------------|--------|
| 001 | 12-21-2018 | 06-19-2019 | PRESUMPTIVE | FSA R-LW        | 04-28-2021 1706  | 10     |
| 002 | 06-19-2019 | 12-16-2019 | PRESUMPTIVE | FSA R-LW        | 04-28-2021 1706  | 10     |
| 003 | 12-16-2019 | 06-13-2020 | PRESUMPTIVE | FSA R-LW        | 04-28-2021 1706  | 10     |
| 004 | 06-13-2020 | 12-10-2020 | PRESUMPTIVE | FSA R-LW        | 04-28-2021 1706  | 10     |
| 005 | 12-10-2020 | 06-08-2021 | ACTUAL      | FSA R-LW        | 04-28-2021 1706  | 10     |
| 006 | 06-08-2021 | 12-05-2021 | ACTUAL      | FSA R-LW        | 04-28-2021 1706  | 10     |
| 007 | 12-05-2021 | 06-03-2022 | ACTUAL      | FSA R-LW        | 11-13-2021 1651  | 15     |
| 008 | 06-03-2022 | 11-30-2022 | ACTUAL      | FSA R-MIN       | 05-11-2022 2011  | 15     |
| 009 | 11-30-2022 | 05-29-2023 | ACTUAL      | FSA R-MIN       | 11-04-2022 1258  | 15     |

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:67821-380, Last Name:MUNOZ

**U.S. DEPARTMENT OF JUSTICE**                                      **FEDERAL BUREAU OF PRISONS**

```
Register Number: 67821-380           Risk Level Inmate....: R-MIN
Inmate Name                            General Level......: R-MIN (2)
  Last.........: MUNOZ                 Violent Level......: R-MIN (4)
  First........: ALBERTO             Security Level Inmate: LOW
  Middle.......:                     Security Level Facl..: MEDIUM
  Suffix.......:                     Responsible Facility.: HER
Gender.........: MALE                Start Incarceration..: 12/09/2016
```

PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 36 | 21 | 12 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 1 | 1 | 1 |
| Serious Incident Reports (120 Months) | 1 | 1 | 1 |
| Time Since Last Incident Report | 39 | 0 | 0 |
| Time Since Last Serious Incident Report | 39 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 21 | -12 | -4 |
| Work Programs | 1 | -1 | -1 |
| | Total | 2 | 4 |

Assessment Date: 11/04/2022                          (1)                          Assessment# R-2146951547