UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MUNOZ,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, FCI Herlong,<br><br>  Respondent. | No.  2:23-cv-00670-EFB (HC)<br><br><br><br>ORDER |

Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  To properly commence this action, petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.  *See* 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until this action has been properly commenced.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order to either submit an application to proceed in forma pauperis, or the filing fee in the amount of $5.00.  Failure to comply with this order will result in a dismissal of this action.
2. The Clerk of the Court is directed to send petitioner the court's form application to proceed in forma pauperis by a prisoner.

Dated: April 14, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE