UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MUNOZ, | No. 2:23-cv-00670-TLN-EFB |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding without counsel filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 13. 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 13, 2023 (ECF No. 11) are ADOPTED IN FULL;
2. Petitioner's application for a writ of habeas corpus is DISMISSED without prejudice;
3. The Clerk is directed to close this case; and
4. The Court DECLINES to issue a certificate of appealability.

Date: November 1, 2023

Troy L. Nunley
United States District Judge